■ CARMEN PRIME, JR., et al., Plaintiffs, v. FAITH TABERNACLE et al., Defendants.— Motion for a stay denied.

■ In the Matter of KENNETH GAYNOR, Petitioner, v. EDWARD M. FAY, as Warden of Green Haven Prison, et al., Respondents.— Motion for reargument of motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED LYONS LETTS, Appellant.— Motion granted and time for argument of appeal enlarged to include May 1961 Term on condition appellant's briefs are filed and served on or before April 12, 1961. Respondent's brief must be filed on or before April 27 if appeal is to be argued at May 1961 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM M. WADDINGHAM, Appellant.— Motion to prosecute appeal as a poor person, and for other relief, denied. We regard the proceeding in the Erie County Court as a civil proceeding in the nature of mandamus. No merit is shown and we deny appellant's application to prosecute the appeal as a poor person.

■ ROSS VIRGO, Appellant, v. CITY DELIVERY AND STORAGE CORP. et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ JAMES H. RYAN, Appellant, v. JOHN P. GILMORE et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDMUND V. PICCIOTTI, Appellant.— Motion to dismiss appeal denied and time for argument of the appeal enlarged to include September 1961 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LA PLACA, Appellant.— Time for argument of appeal enlarged to include September 1961 Term, and Joseph Farbo, Esq., assigned as counsel in place and stead of Carl Angeloff, Esq.

■ In the Matter of BEATRICE M. BRADY, as Chief Clerk of the City Court of Utica.— Order for destruction of records entered.

■ (A) EDWIN A. ELLIS et al., Respondents, v. MORRIS KAUFMAN, Appellant. (B) PHYLLIS M. GIORDANO et al., Appellants-Respondents, v. ALICE R. PERRY et al., Respondents-Appellants. (C) MARY A. VASTOLA, Appellant-Respondent, v. ALICE R. PERRY et al., Respondents-Appellants. (D) MILDRED PELHAM, as Administratrix of the Estate of EARL C. PELHAM, Deceased, Respondent, v. COUNTY OF ONONDAGA, Appellant. (E) In the Matter of SILVER CREEK MOTORS, INC. (F) CARMEN VASTOLA, Appellant-Respondent, v. FRONTIER REFRIGERATION CO., et al., Respondents-Appellants.— [In each action] Order of dismissal for failure to prosecute entered pursuant to rule X of the Rules of the Appellate Division, Fourth Department.